UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREAS GABRIEL YESCAS SR.,<br><br>               Plaintiff,<br>   v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICAN, and ERIC TAYLOR,<br><br>               Defendants. | Case No. 3:26-cv-00300-ART-CLB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Mr. Gabriel Yescas, Sr. ("Yescas") brings this case against Defendants Guardian Life Insurance Company of American and Eric Taylor asserting claims under the Employee Retirement Income Security Act of 1974 ("ERISA") and the Americans with Disabilities Act ("ADA"). Before the Court is Yescas' complaint (ECF No. 1-1), application to proceed *in forma pauperis* (ECF No. 1), two motions to amend caption (ECF Nos. 4, 6), and motion to stay proceedings pending completion of administrative appeals (ECF No. 7). Also before the Court is Magistrate Judge Carla Baldwin's report and recommendation (R&R) recommending that the complaint be dismissed as duplicative of an earlier suit. (ECF No. 8.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full.

It is therefore ordered that Judge Baldwin's report and recommendation

1

(ECF No. 14) is adopted in full.

It is further ordered that Ms. Chaffin's claims under NRS 613.075 and 613.078 are dismissed with prejudice.

Dated this 15th day of June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2